USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- :
: 20-cr-00114 (LJL)
WESLEY MACKOW, :
: ORDER
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As stated at the hearing on February 10, 2020, the Government is hereby ORDERED to complete Fed. R. Crim. P. 16 discovery by February 24, 2020. A status conference will be held on June 2, 2020 at 4:00 p.m. in which Defendant will indicate what motions, if any, he intends to make and for the purpose of setting a schedule for motions and for trial of this action.

The parties should meet and confer no later than one week prior to the June 2, 2020 conference about the motions, if any, Defendant intends to make.

SO ORDERED.

Dated: February 12, 2020
New York, New York                    _____
                                       LEWIS J. LIMAN
                                       United States District Judge