# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

_David E. Patton_
Executive Director
_and Attorney-in-Chief_

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 28, 2020

GRANTED. The Status Conference previously scheduled for
August 3, 2020 is RESCHEDULED to October 5, 2020 at 2:00PM.
With consent of parties, the Court excludes time from July 29, 2020
until October 5, 2020 pursuant to the Speedy Trial Act, 18 U.S.C.
3161(h)(7)(A), upon a finding that the interests of justice outweigh
the interests of the public and the defendant in a speedy trial, in that
the time between now and October 5 permits the Government time
to produce and review discovery, allows defense counsel time to
review discovery and complete a mitigation report.

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Wesley Mackow,**   7/29/2020   SO ORDERED.
      **20 Cr. 114 (LJL)**

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

I write with the consent of the government to request that the Court
adjourn by approximately 60 days the conference currently scheduled for
August 3. This conference was previously adjourned at the request of both
parties because the COVID-19 pandemic delayed the government's
production of discovery and disrupted my work and ability to review
discovery and complete a mitigation report. These difficulties have continued
to date, with the result that I have yet been able to access certain discovery
held at the FBI or to make significant progress on a mitigation submission.

If the Court grants this request, the parties submit that the time until
the next conference should be excluded under the Speedy Trial Act, 18 U.S.C.
§ 3161(h), in the interest of justice.

Sincerely,

/s/

Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Mitzi Steiner