# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

October 1, 2020

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The Status Conference previously scheduled for October 5, 2020 is rescheduled to November 5, 2020 at 12:00PM. The conference will proceed by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Time is excluded until November 5, 2020 under the Speedy Trial Act, 18 USC 3161(h)(7)(A), in the interest of justice and to allow time for counsel to review discovery and discuss a potential pretrial resolution.  10/1/2020

Re:   **United States v. Wesley Mackow,**
         **20 Cr. 114 (LJL)**

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

I write with the consent of the government to request that the Court adjourn by approximately 30 days the conference currently scheduled for October 5. This conference has previously been adjourned in light of the COVID-19 pandemic. I make this request because the pandemic continues impede my ability to review discovery held at the FBI and to prepare a mitigation submission to the government in furtherance of plea discussions.

If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Sincerely,

/s/

Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Mitzi Steiner