# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2020

**BY ECF**

**REQUEST GRANTED.**
The Status Conference previously scheduled for November 5, 2020 is rescheduled to December 10, 2020 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court excludes time from October 30, 2020 to December 10, 2020 under the Speedy Trial Act, 18 USC 3161(h)(7)(A), upon a finding that the ends of justice outweigh the interests of the defendant and the public in a speedy trial in that the time is needed for defense counsel to continue to review discovery and to prepare a mitigation submission to the government and for the parties to have discussions about a potential disposition.

10/30/2020  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Wesley Mackow,
20 Cr. 114 (LJL)**

Dear Judge Liman:

I write with the consent of the government to request that the Court adjourn by approximately 30 days the conference currently scheduled for November 5. This conference has previously been adjourned in light of the COVID-19 pandemic, which has impeded my ability to review discovery held at the FBI and to prepare a mitigation submission to the government in furtherance of plea discussions. I expect to be able to send the government a mitigation submission in the coming weeks.

If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: AUSA Mitzi Steiner