UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                    :   20-CR-00114 (LJL)
:
WESLEY MACKOW,                                         :   ORDER
:
Defendant.                          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' competing submissions with respect to bail. Dkt Nos. 33, 34. The Government submission makes reference to evidence that has not been provided to the Court. Any party wishing the Court to consider evidence with respect to bail that has not previously been provided to the Court shall do so by emailing or hand-delivering such evidence to the Court by 5:00 p.m. on Tuesday, September 14, 2021.

SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge