UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
              :
UNITED STATES OF AMERICA,           :
              :
        -v-           :    20-CR-114 (LJL)
              :
WESLEY MACKOW,           :    ORDER
              :
        Defendant.          :
              :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held a bail hearing on September 15, 2021 on the application of the Government that the defendant be remanded.  The Court ruled that the defendant's bail be revoked, and the defendant remanded to the custody of the Bureau of Prisons.  IT IS HEREBY ORDERED that the defendant, Wesley Mackow, surrender to the United States Marshals at 500 Pearl Street, NYC, NY 10007 no later than 2:00PM on September 22, 2021.

    SO ORDERED.

Dated: September 17, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge