UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 20-CR-114 (LJL)
:
WESLEY MACKOW, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Sentencing in this case is scheduled for June 13, 2022. The Government is to inform the Court by letter submitted no later than 5:00 p.m. today whether it is seeking an AVAA assessment or restitution in this case.

SO ORDERED.

Dated: June 10, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge